*Tuesday, February 24, 1998*

## MOTION DOCKET

**97–822. State v. Zucal.**
Stark App. No. 1996CA00179. This cause is pending before the court as an appeal from the Court of Appeals for Stark County. Upon consideration of appellee's motion to participate in oral argument currently scheduled for March 24, 1998,

IT IS ORDERED by the court that the motion to participate in oral argument be, and hereby is, denied.

**98–219. Pretty v. Mueller.**
Hamilton App. Nos. C–970011 and C–970332. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellees' notice of stay,

IT IS ORDERED by the court that this cause be stayed pending further order of this court.

**98–238. Pesek v. Univ. Neurologists Assn., Inc.**
Cuyahoga App. No. 71637. This cause is pending before the court as a discretionary appeal. Upon consideration of appellees' motion for stay,

IT IS ORDERED by the court that the motion for stay be, and hereby is, granted, pending further order of this court.

*Wednesday, February 25, 1998*

## MERIT DOCKET

**97–963. State ex rel. Cox v. Porter.**
In Mandamus. *Sua sponte*, cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**97–1078. State ex rel. Hodge v. Levingston.**
In Quo Warranto. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**97–2061. State ex rel. Waryck v. Sargus.**
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**97–2709. State ex rel. Harris v. Eighth Appellate Dist.**
In Mandamus. *Sua sponte*, cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–35. State ex rel. Mallon v. Trumbull Cty. Court of Appeals.**
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–152. State ex rel. Cotton v. Ghee.**
In Habeas Corpus. *Sua sponte*, cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–200. Bosse v. Hoague.**
In Habeas Corpus. *Sua sponte*, cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.